# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>SUSIE SHAWNEGO, et al.,<br><br>        Defendants. | CASE NO. CV-F-04-5464 OWW LJO P<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 16) |

Plaintiff Charles Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 22, 2004. The court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Shawnego and Cates for violation of the Free Exercise Clause of the First Amendment, defendants Shawnego and Cortez for retaliation in violation of the First Amendment, defendants Shawnego and Cates for sexually abusing plaintiff in violation of the Eighth Amendment, defendants Shawnego and Cortez for endangering plaintiff's safety in violation of the Eighth Amendment, and defendant Scribner for violating plaintiff's First and Eighth Amendment rights under a theory of supervisory liability; and against defendants Shawnego and Cates under California law for assault and battery.[1] Accordingly, it is HEREBY ORDERED that:

///

---

[1] On April 15, 2005, defendant Yamamoto was dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against her. (Doc. 19.)

1

1. Service is appropriate for the following defendants:

    SUSIE SHAWNEGO

    SUSAN CATES

    C. CORTEZ

    A. K. SCRIBNER

2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed October 25, 2004.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five (5) copies of the endorsed complaint filed October 25, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 22, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE