1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES JOHNSON,                    )        1:04-CV-05464-OWW-LJO-P
                                         )
12          Plaintiff,                   )        ORDER DIRECTING SERVICE
                                         )        BY THE UNITED STATES MARSHAL
13          v.                           )        WITHOUT PREPAYMENT OF COSTS
                                         )
14   SUSIE SHAWNEGO, et al.,             )
                                         )
15                                       )
            Defendants.                  )
16   _____)

17          Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously

18   ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of

19   the complaint for service, and a notice of compliance.   Plaintiff has filed the required papers.

20   Accordingly, IT IS HEREBY ORDERED that:

21          1. The Clerk of the Court is directed to forward the following documents to the United States

22   Marshal:

23                 (1)    One completed and issued summons for each defendant to be served;

24                 (2)    One completed USM-285 form for each defendant to be served;

25                 (3)    One copy of the amended complaint filed on October 25, 2004, for each

26                        defendant to be served, plus an extra copy for the Marshal;  and

27                 (4)    One copy of this order for each defendant to be served, plus an extra copy for the

28                        Marshal.

1    (5)    One copy of the court's consent form for <u>each</u> defendant to be served.

2    2. Within ten days from the date of this order, the United States Marshal is directed to notify the

3    following defendants of the commencement of this action and to request a waiver of service in

4    accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

5    **SUSIE SHAWNEGO**

6    **SUSAN CATES**

7    **C. CORTEZ**

8    **A. K. SCRIBNER**

9    3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file

10   for future use.

11   4. The United States Marshal shall file returned waivers of service as well as any requests for

12   waivers of service that are returned as undelivered as soon as they are received.

13   5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing

14   the request for waiver, the United States Marshal shall:

15   a.  Personally serve process and a copy of this order upon the defendant pursuant to Rule

16   4 of the Federal Rules of Civil Procedure and 28 U.S.C.  § 566(c) and shall command all

17   necessary assistance from the California Department of Corrections (CDC) to execute this order.

18   The United States Marshal shall maintain the confidentiality of all information provided by the

19   CDC pursuant to this order.

20   b.  Within ten days after personal service is effected, the United States Marshal shall file

21   the return of service for the defendant, along with evidence of any attempts to secure a waiver

22   of service of process and of the costs subsequently incurred in effecting service on said

23   defendant.  Said costs shall be enumerated on the USM-285 form and shall include the costs

24   incurred by the Marshal's office for photocopying additional copies of the summons and

25   complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed

26   against the personally served defendant in accordance with the provisions of Fed. R. Civ. P.

27   4(d)(2).

28   6. In the event that defendants make an appearance in this action by filing an answer, dispositive

1 motion, or other pleading, the U.S. Marshals Service need not personally serve those defendants.

2   7.  In the events that defendants either waive service or are personally served, defendants are

3 required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).

4

5 IT IS SO ORDERED.

6 **Dated: June 10, 2005**     **/s/ Lawrence J. O'Neill**
 i0d3h8        UNITED STATES MAGISTRATE JUDGE