UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES JOHNSON, | ) | 1:04-CV-05464-OWW-LJO-P |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME NUNC PRO TUNC TO SEPTEMBER 26, 2005 |
| v. | ) ) | |
| SUSIE SHAWNEGO, et al., | ) | (DOCUMENT #25) |
| Defendants. | ) ) ) | |

On September 6, 2005, defendants Scribner and Cortez filed a motion to extend time to file their initial response to plaintiff's second amended complaint. Inasmuch as defendants filed their answer to plaintiff's second amended complaint on September 26, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants' motion to extend time to is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:  October 19, 2005**          /s/ Lawrence J. O'Neill
i0d3h8                               UNITED STATES MAGISTRATE JUDGE