# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SUSIE SHAWNEGO, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:04-CV-05464-OWW-LJO-P<br><br>ORDER REQUIRING DEFENDANT CATES TO SERVE ANSWER ON SCRIBNER AND CORTEZ'S COUNSEL AND FILE AMENDED CERTIFICATE OF SERVICE WITH THE COURT<br><br>(Doc. 39) |

Defendant Susan Dean aka Susan Cates, appearing pro se, filed an answer to plaintiff's second amended complaint on December 27, 2005. Defendant Cates is hereby notified that in addition to serving all of her filings on plaintiff, she is required to serve the filings on defendants Scribner and Cortez's counsel. Within **thirty (30) days** from the date of service of this order, defendant Cates shall serve a copy of her answer on Scribner and Cortez's counsel and shall file an amended certificate of service with the court stating that the answer was served on counsel.[1]

IT IS SO ORDERED.

**Dated:    January 4, 2006**            /s/ Lawrence J. O'Neill
b9ed48                        UNITED STATES MAGISTRATE JUDGE

---

[1] Scribner and Cortez are represented by John W. Riches II, Office of the Attorney General, 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, California, 94244-2550.

1