# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>           Plaintiff,<br><br>    v.<br><br>SUSIE SHAWNEGO, et al.,<br><br>           Defendants.<br>_____ / | CASE NO. 1:04-CV-05464-OWW-LJO-P<br><br>ORDER DIRECTING MARSHAL TO RE-ATTEMPT SERVICE ON DEFENDANT SHAWNEGO WITHOUT PREPAYMENT OF COSTS<br><br>(Doc. 28) |

      Plaintiff Charles Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2005, the court directed the United States Marshal to initiate service of process on defendants Scribner, Cortez, Cates, and Shawnego. (Doc. 23.) Defendants Scribner, Cortez, and Cates subsequently made appearances in this action. (Docs. 27, 39.) However, the Marshal was unable to locate defendant Shawnego. (Doc. 28.)

      The court and the Marshal have a statutory duty to service process on plaintiff's behalf, and the response given to the Marshal to date by the CDC is insufficient to allow the court to discharge this duty on the ground that defendant Shawnego cannot be located. 28 U.S.C. 1915(d); Fed. R. Civ. P. 4(c)(2). For this reason, the court must direct the Marshal to re-attempt service on defendant Shawnego. **If the institution is unable to locate this defendant, the Marshal shall contact the Legal Affairs Division and request the assistance of a special investigator.**

      Accordingly, IT IS HEREBY ORDERED that:

      1.      The Clerk of the Court is directed to forward the following documents to the United

States Marshal:

    (1)    One completed and issued summons for <u>each</u> defendant to be served;

    (2)    One completed USM-285 form for <u>each</u> defendant to be served;

    (3)    One copy of the second amended complaint filed on October 25, 2004 for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4)    One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

    (5)    One copy of the court's consent form for <u>each</u> defendant to be served;

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**SUSIE SHAWNEGO, TEACHER**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. **In attempting to locate defendant, if the institution is unable to provide assistance, the Marshal shall contact the Legal Affairs Division in Sacramento and request the assistance of a special investigator.**

6. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

    a.    Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant

        to this order.

    b.     Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

7.     In the event that defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve defendant.

8.     In the event that defendant either waives service or is personally served, defendant is required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:    January 4, 2006**              **/s/ Lawrence J. O'Neill**
b9ed48                                                   UNITED STATES MAGISTRATE JUDGE