1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    CHARLES JOHNSON,                          CASE NO. 1:04-CV-05464-OWW-LJO-P

10                   Plaintiff,                ORDER DENYING REQUEST FOR ENTRY
                                               OF DEFAULT

11        v.                                   (Doc. 46)

12   SUSIE SHAWNEGO, et al.,

13                   Defendants.
     _____/

14

15        Plaintiff Charles Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 6, 2006, plaintiff filed

17   a request for the entry of default against defendant Cates.

18        Entry of default is appropriate as to any party against whom a judgment for affirmative relief

19   is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil

20   Procedure and where that fact is made to appear by affidavit or otherwise.  Fed. R. Civ. P. 55(a).

21   Defendant Cates filed an answer on December 27, 2005.  Accordingly, defendant is not in default

22   and plaintiff's request for entry of default is HEREBY DENIED.

23

24   IT IS SO ORDERED.

25   **Dated:    January 10, 2006             _____/s/ Lawrence J. O'Neill_____**
     b9ed48                                   UNITED STATES MAGISTRATE JUDGE
26

27

28

                                             1