IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES JOHNSON,**<br><br>                                     Plaintiff,<br><br>             v.<br><br>**SUSIE SHAWNEGO, et al.,,**<br><br>                                     Defendants. | No. CIV F-04-5464 OWW LJO P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SCRIBNER** |

      Defendant Scribner's first request for an extension of time to respond to Plaintiff's First Request for Admissions and First Request for Production of Documents was considered by the Court, and good cause appearing, Defendant's request is granted.

      IT IS HEREBY ORDERED that Defendant shall have until February 2, 2006 to file his responses to plaintiff's discovery requests.

IT IS SO ORDERED.

**Dated:     January 10, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                                             UNITED STATES MAGISTRATE JUDGE

1