# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSIE SHAWNEGO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-05464-OWW-LJO-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 50) |

　　　　Plaintiff Charles Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2006, plaintiff filed a motion seeking an extension of time to file a response to defendants Scribner and Cortez's motion to dismiss.

　　　　Plaintiff's motion is HEREBY GRANTED. Plaintiff shall file a response to defendants' motion within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:　February 10, 2006**　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1