UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>SUSIE SHAWNEGO, et al.,<br><br>             Defendants.<br>_____/ | 1:04-cv-05464-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 61)<br><br>**ORDER GRANTING DEFENDANTS CORTEZ AND SCRIBNER'S MOTION TO DISMISS** (Doc. 47)<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS CORTEZ AND SCRIBNER, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S FAILURE TO EXHAUST** |

Plaintiff Charles Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 10, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. To date, the parties have not filed objections to the Magistrate

1

Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 10, 2006, is ADOPTED IN FULL; and,

2. Defendants Cortez and Scribner's motion to dismiss plaintiff's claims against them for failure to exhaust the available administrative remedies as mandated by 42 U.S.C. § 1997e(a), filed January 10, 2006, is GRANTED, and plaintiff's claims against defendants Cortez and Scribner are DISMISSED from this action, without prejudice.

IT IS SO ORDERED.

**Dated:   June 24, 2006**                     **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE

2