# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSIE SHAWNEGO, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:04-CV-05464-OWW-LJO-P<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND DEFENDANT CATES A COURTESY COPY OF DEFENDANT SHAWNEGO'S ANSWER<br><br>(Doc. 63)<br><br>ORDER NOTIFYING DEFENDANTS CATES AND SHAWNEGO THAT THEY MUST SERVE DOCUMENTS ON ONE ANOTHER IN ADDITION TO SERVING PLAINTIFF |

Plaintiff Charles Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Susan Cates (aka Susan Dean) and Susie Shawnego.

Both defendants have made an appearance in this action. Defendant Shawnego did not serve her answer on defendant Cates. The Clerk's Office shall be directed to send a courtesy copy of the answer to defendant Cates.

///
///
///
///
///

1

     Plaintiff is required to serve all filings on defendants Cates and Shawnego, and defendants Cates and Shawnego are required to serve filings on one another in addition to serving plaintiff. The parties are directed to comply with this requirement for all future filings.

     IT IS SO ORDERED.

**Dated:**   **July 18, 2006**                /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE