# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON, | CASE NO. 1:04-CV-05464-OWW-LJO-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUPPLEMENT HIS MOTION FOR RECONSIDERATION |
| v. | |
| SUSIE SHAWNEGO, et al., | (Doc. 65) |
| Defendants. | ORDER DIRECTING THE CLERK'S OFFICE TO RE-SERVE FINDINGS AND RECOMMENDATIONS ON PLAINTIFF |
| / | (Doc. 61) |

Plaintiff Charles Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2006, the Magistrate Judge assigned to this case issued a Findings and Recommendations recommending that defendants Cortez and Scribner's motion to dismissed be granted. No objections were filed within the thirty-day time period provided by the Magistrate Judge and on June 26, 2006, the undersigned adopted the Findings and Recommendations in full and dismissed defendants Cortez and Scribner from this action. On July 14, 2006, plaintiff filed a motion for reconsideration requesting that the order of June 26 be vacated on the ground that he did not receive the Findings and Recommendations and was therefore unable to object. None of the defendants filed an opposition.

The Court will not set aside its order adopting the Findings and Recommendations and granting defendants' motion to dismiss unless it would have declined to adopt the Findings and Recommendations based on plaintiff's objection. The Court will direct the Clerk's Office to re-serve

the Findings and Recommendations on plaintiff.  Plaintiff shall supplement his pending motion for reconsideration within thirty days by setting forth his objection to the Findings and Recommendations, which will then be considered by the Court.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall re-serve the Findings and Recommendations filed on May 10, 2006, on plaintiff; and

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall supplement his pending motion for reconsideration by filing his objection to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:    September 16, 2006**              /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE