# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSIE SHAWNEGO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-CV-05464-OWW-LJO-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT CATES' MOTION TO DISMISS<br><br>(Doc. 71)<br><br>ORDER GRANTING REQUEST AND DIRECTING CLERK'S OFFICE TO RE-SERVE DOCUMENTS 69 AND 61<br><br>(Doc. 72) |

On October 16, 2006, plaintiff filed a motion seeking an extension of time to file an opposition to defendant Cates' motion to dismiss. Good cause having been shown, plaintiff's motion shall be granted.

On the same date, plaintiff filed a notice that he did not receive the correspondence sent to him by the court around September 21, 2006. Plaintiff was given a copy of the envelope, but not the contents, and requests re-service. In support of his request, plaintiff submitted Correctional Sergeant M. D. Keener's letter confirming plaintiff's non-receipt of the envelope's contents. Plaintiff's request shall be granted.

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is GRANTED, and plaintiff shall file an opposition to defendant Cates' motion to dismiss within **thirty (30) days** from the date of service of this order;

2. Plaintiff's request for re-service of the court's order filed on September 18, 2006, is GRANTED; and

3. The Clerk's Office shall re-serve document numbers 61 and 69 on plaintiff.

IT IS SO ORDERED.

**Dated:   October 18, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE