# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON, | CASE NO. 1:04-cv-05464-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL |
| v. | |
| SUSIE SHAWNEGO, et al., | (Doc. 90) |
| Defendants. | |

This matter is currently set for a telephonic trial confirmation hearing on September 10, 2007, at 8:30 a.m. and for jury trial on October 15, 2007, at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill. In a findings and recommendations issued concurrently with this order, the undersigned recommended that this action be dismissed based on plaintiff's failure to file a pre-trial statement. In light of plaintiff's failure to file a pre-trial statement and the recommendation that this action be dismissed, the telephonic trial confirmation hearing and jury trial dates are HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **August 8, 2007**          **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

1