# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>SUSIE SHAWNEGO, et al.,<br><br>         Defendants. | CASE NO. 1:04-cv-05464-LJO-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Docs. 90 and 95) |

Plaintiff Charles Johnson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 9, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within eleven days.[1] To date, no party has filed any objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

---

[1] Objections were due on or before August 23, 2007. Fed. R. Civ. P. 6(a), (e).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 9, 2007, is adopted in full; and
2. This action is DISMISSED, with prejudice, based on plaintiff's failure to obey the Court's order of May 24, 2007, and failure to prosecute.

IT IS SO ORDERED.

**Dated:   August 27, 2007**                   /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2